FILED
2018 Jun-14  AM 07:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **MISTY HOOD,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.:** |
| ] | **4:17-CV-1988  KOB** |
| ] | |
| **HOLLOWAY CREDIT SOLUTIONS, LLC,** ] | |
| ] | |
| **Defendant.** ] | |
| ] | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Monday, August 13, 2018, that final settlement documentation could not be completed.

DONE and ORDERED this 14th day of June, 2018.

_Karon O. Bowdre_
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE