# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| MISTY HOOD; | ) |
| | ) |
| PLAINTIFF, | ) |
| V. | ) |
| | ) 17-CV-01988-KOB |
| HOLLOWAY CREDIT | ) |
| SOLUTIONS, L.L.C., | ) |
| | ) |
| DEFENDANT. | ) |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Misty Hood and Defendant Holloway Credit Solutions, L.L.C., pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiff's claims against Defendant, with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

/s/ John C. Hubbard
John C. Hubbard
John C. Hubbard, LLC
P.O. Box 953
Birmingham, AL 35203

/s/ J. Knox Argo
J. Knox Argo
J. Knox Argo, P.C.
6706 Taylor Circle
Montgomery, AL 36117