FILED
2018 Aug-03  AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **MISTY HOOD,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | **CIVIL ACTION NO.:** |
| ] | **4:17-CV-1988  KOB** |
| ] | |
| **HOLLOWAY CREDIT SOLUTIONS, LLC,** ] | |
| ] | |
| **Defendant.** ] | |
| ] | |

## FINAL ORDER OF DISMISSAL

The court, having received the "Joint Stipulation of Dismissal" (doc. 12), DISMISSES this case WITH PREJUDICE, with each party to bear her or its own costs.

DONE and ORDERED this 3rd day of August, 2018.



_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE